ARNOLD SENATORE v. MORRISTOWN DAILY RECORD.

May 30, 1978. Petition for certification denied.

IN THE MATTER OF THE GUARDIANSHIP OF
ERIK POWELL, A MINOR.

May 30, 1978. Leave to appeal is granted and the judgment of the Appellate Division is summarily reversed. The matter is remanded to the Hudson County Juvenile and Domestic Relations Court for consideration of the request for a free transcript in the light of *In re: 'Guardianship of Dotson,* 72 *N. J.* 112 (1976) and *R.* 2:5–3(e).

SINGER SUPERMARKETS, INC. v. THE STATE OF NEW
JERSEY THROUGH RUSSELL MULLEN, ACTING COM-
MISSIONER, DEPARTMENT OF TRANSPORTATION.

June 7, 1978. Petition for certification denied.

LOUIS MANNA v. GARY J. HILTON.

June 13, 1978. Petition for certification denied.